JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN H., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>FRANK J. BISIGNANO, <br>*Commissioner of Social Security,* <br><br>　　　　Defendant. <br>_____ | ) NO. 2:24-cv-10736-KS <br>) <br>) <br>) <br>) JUDGMENT <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

　　Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and the above-captioned action is dismissed with prejudice.

DATED: October 27, 2025

　　　　　　　　　　　　　　　　　　　　／s／ Karen L. Stevenson
　　　　　　　　　　　　　　　　　　　HON. KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　CHIEF U.S. MAGISTRATE JUDGE